Judge Hon. Brian D. Lynch
Chapter 7
Location: Federal Building
500 W. 12th, Second Floor
Vancouver, WA 98660
Hearing Date: October 1, 2019
Hearing time: 9:00 a.m.
Response Date: September 24, 2019

# UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

| In re | |
|---|---|
| SEAN T. MATHERS, | Case No. 19-42170-BDL |
| Debtor(s). | UMPQUA BANK'S MOTION FOR RELIEF FROM STAY |

Umpqua Bank, by and through its undersigned counsel, Garrett S. Ledgerwood of Hershner Hunter LLP, hereby moves for relief from the automatic stay imposed under Section 362 of Title 11 of the United States Code (the "***Bankruptcy Code***") and alleges and states as follows:

### Jurisdiction

1.    This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157. This is a core proceeding under 28 U.S.C. § 157(b)(2)(G).

UMPQUA BANK'S MOTION FOR RELIEF FROM STAY - Page 1
01847761.DOCX

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

## General Allegations

2. Umpqua Bank is the lender under a trust deed (the "***Trust Deed***") encumbering the Debtor's real property commonly known as 5511 Finch Drive, Longview, WA 98632 and more specifically described in the Trust Deed (the "***Property***"). Declaration of Jeremy Young in support of this Motion (the "***Young Declaration***") ¶ 4. A true copy of the Trust Deed is attached as **Exhibit A** to the Young Declaration. The security interest granted by the Trust Deed was perfected by recording the Trust Deed in the real property records of Cowlitz County, Washington on January 15, 2016 at Reception No. 3537198.

3. The Property and Trust Deed secure a loan in the original principal amount of $228,779.00. Young Declaration ¶ 5. A true copy of the promissory note evidencing the Loan (the "***Note***") is attached to the Young Declaration as **Exhibit B**. Umpqua Bank is the current holder of the Note. Young Declaration ¶ 5.

4. As of August 1, 2019, the total amount owing on the Loan was $217,560.00, consisting of $213,968.45 in principal balance, *plus* $2,024.14 in accrued and unpaid interest, *plus* $119.07 in late fees, *plus* $297.30 in mortgage insurance premiums, *plus* $92.00 in inspection fees, *plus* $136.11 in miscellaneous fees and advances, *plus* $931.00 in estimated fees and filing costs incurred in connection with this Motion, *less* $8.07 in unapplied funds held in suspense. Young Declaration ¶ 6. Interest continues to accrue on the principal balance of the Loan at the rate of 3.75% per annum. Young Declaration ¶ 7. Mortgage insurance payments on the Loan are due monthly at the rate of $148.65 per month. Young Declaration ¶ 8. No funds are available in the Debtor's escrow account for the Loan to make the monthly mortgage insurance payments, which will need to be advanced by Umpqua Bank. Young Declaration ¶ 9.

5. As of August 1, 2019, the Debtor was three payments in arrears on the Loan, for a total payment arrearage of $4,853.13, consisting of two payments at $1,591.93, one payment at $1,550.20, and late fees of $119.07. Young Declaration ¶ 10. The monthly payments on the Loan consist of $1,059.51 in principal and interest and $490.69 in escrow reserves. Young

UMPQUA BANK'S MOTION FOR RELIEF FROM STAY - Page 2
01847761.DOCX

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

Declaration ¶ 11. The Debtor last made payment on the Loan on June 24, 2019. Young Declaration ¶ 12. As of August 13, 2019, Umpqua Bank has not commenced to foreclose the Trust Deed. Young Declaration ¶ 13.

6. The Debtor has scheduled the Property with a value of $222,000.00. The estimated cost to liquidate the Property is 8%, or $17,760.00.

**Authority and Argument**

7. Section 362(d)(1) of the Bankruptcy Code provides that a creditor is entitled to relief from the automatic stay under the Bankruptcy Code for cause, including lack of adequate protection. At the scheduled value of $220,000.00 and estimated liquidation costs of $17,760.00, there is no equity in the Property and Umpqua Bank lacks adequate protection of its interest. With interest continuing to accrue on the Loan, expected mortgage insurance advances coming due, and likely foreclosure costs, the value of the Property is insufficient to protect Umpqua Bank's interest. For these reasons, relief from stay under Section 362(d)(1) of the Bankruptcy Code is appropriate.

8. Section 362(d)(2) of the Bankruptcy Code provides that a creditor is entitled to relief from the automatic stay under the Bankruptcy Code with respect to an act against property if (a) the debtor does not have any equity in such property and (b) the property is not necessary for a reorganization. Taking into account liquidation costs for the Property, there is no equity available in the Property. Additionally, because this is a chapter 7 case, the Property is not necessary for a reorganization. Accordingly, relief from the stay under Section 362(d)(2) is likewise appropriate.

**Conclusion**

For the reasons set forth above, Umpqua Bank respectfully requests entry of an order granting it relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) and (d)(2) to exercise

UMPQUA BANK'S MOTION FOR RELIEF FROM STAY - Page 3
01847761.DOCX

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

its rights and remedies as to the Property, including without limitation all actions required to foreclose the Trust Deed and obtain possession of the Property following foreclosure.

A form of order, which the Court may adopt, modify or reject consistent with its ruling, is attached to this Motion as **Exhibit 1** and incorporated herein by reference.

DATED August 16, 2019.

>
> HERSHNER HUNTER, LLP
>
> By */s/Garrett S. Ledgerwood*
> Garrett S. Ledgerwood, WSB 49970
> Of Attorneys for Umpqua Bank

UMPQUA BANK'S MOTION FOR RELIEF FROM STAY - Page 4
01847761.DOCX

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

In re

SEAN T. MATHERS,

Debtor(s).

Case No. 19-42170-BDL

[PROPOSED] ORDER GRANTING UMPQUA BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY

THIS MATTER, having come before this Court upon the motion (the "**Motion**") of Umpqua Bank seeking relief from the automatic stay provisions of Section 362(a) of Title 11 of the United States Code (the "**Bankruptcy Code**") so as to allow Umpqua Bank to exercise its rights and remedies against the real property of the Debtor commonly known as 5511 Finch Drive, Longview, WA 98632 and more specifically described as follows:

> LOT 6, ROBBINS PLANNED UNIT DEVELOPMENT ADDITION NO. 3, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 13 OF PLATS, PAGE 20, RECORDS OF SAID COUNTY, BEING A REPLAT OF A PORTION OF TRACT "A", ROBBINS PLANNED UNIT DEVELOPMENT ADDITION NO. 1.
>
> SITUATE IN THE COUNTY OF COWLITZ, STATE OF WASHINGTON

(the "**Property**"), including without limitation all actions required by Umpqua Bank to foreclose its trust deed on the Property and obtain possession of the Property following foreclosure; and

[PROPOSED] ORDER RE: UMPQUA BANK'S MOTION FOR RELIEF FROM STAY - Page 1
01848151.DOCX

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

The Court have duly considered the Motion, the supporting declaration, the responses thereto, if any, and the oral arguments of counsel, if any; and

The Court having found that cause exists to grant the relief requested in the Motion and that the notice given was sufficient and appropriate under the circumstances;

NOW THEREFORE, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. The Motion is GRANTED;

2. Umpqua Bank is granted relief from the automatic stay provisions of Section 362(a) of the Bankruptcy Code to foreclose on and obtain possession of the Property.

///End of Order///

Presented by:

HERSHNER HUNTER, LLP

By: /s/ Garrett S. Ledgerwood
Garrett S. Ledgerwood, WSB 49970
Hershner Hunter LLP
180 East 11th Avenue
Eugene, Oregon 97401
541-686-8511

Of Attorneys for Umpqua Bank

[PROPOSED] ORDER RE: UMPQUA BANK'S MOTION FOR RELIEF FROM STAY - Page 2
01848151.DOCX

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025